UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| DONALD F. GEDENK and ) | |
| DENISE L. GEDENK ) | Bankruptcy No. 10 B 18088 |
| ) | |
| Debtors. ) | Chapter 7 |
| ) | |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

Donald and Denise Gedenk, the Debtors in this case, filed here for bankruptcy relief under Chapter 7 of the Bankruptcy Code. They seek to apply Wisconsin's homestead exemption for a house they own in Wisconsin. Joseph Baldi, the Chapter 7 Trustee of the Debtor's bankruptcy estate ("Trustee") filed an objection to assertion of the Wisconsin homestead exemption, on ground that Debtors do not reside at the property in question. The Trustee and the Debtor agree that Wisconsin law governs this issue. Evidence was taken on whether the Debtors are entitled to a homestead under the law of that state. The following Findings of Fact and Conclusions of Law are made and will be entered:

### FINDINGS OF FACT

The property in question is identified as N5020 in Westfield, Wisconsin. Its current, undisputed value is $50,000. That property is a ten acre untilled plot of land, with a four bedroom house on it. The house is connected to the utility infrastructure, and the Debtors use it occasionally, and perform necessary repairs on it. The Debtors own no other home, and intend to retire to the property as soon as one of the Debtors has completed her course of medical care in Illinois. The subject property is subject to approximately $8,000 of back real estate taxes, but has

no other liens or mortgages on it. The Debtors are currently living in the home of a family member or friend in Illinois, and have done so for several years, but they own no property in Illinois. Debtors are registered to vote in Illinois, and drive with drivers licences issued by Illinois.

## CONCLUSIONS OF LAW

Under the Bankruptcy Code, Debtors may exempt from property of the bankruptcy estate interest in property held a joint tenant or tenant by the entirety that is exempt from process pursuant to applicable nonbankruptcy law. 11 U.S.C. §§ 522(b)(1), (b)(3)(B). In this case, Wisconsin's applicable law states, in relevant part:

> An exempt homestead . . . selected by a resident owner and occupied by him or her shall be exempt from execution, from the lien of every judgment, and from liability for the debts of the owner to the amount of $75,000 . . . The exemption shall not be impaired by temporary removal with the intention to reoccupy the premises as a homestead nor by the sale of the homestead . . . .

Wis. Stat. § 815.20. Wisconsin has a strong public policy to protect homestead exemptions, and thus "homestead rights are liberally construed in favor of" debtors. *Schwanz v. Teper*, 223 N.W.2d 896, 899 (Wis. 1974).

The Debtors have shown that they have selected and from time to time occupy the property in Wisconsin as their homestead. Notwithstanding their current and protracted physical residence in Illinois for the purpose of medical care for one of them, and their use of Illinois drivers licences and voting privileges here, they have obtained no permanent home in this state. The weight of evidence shows that their current residency within Illinois is only a "temporary removal with the intention to reoccupy" the Wisconsin real property, which "shall not impair[]" their homestead exemption. *See* Wis. Stat. § 815.20.

## CONCLUSION

For reasons mentioned above, the Trustee's Amended Objection to Debtor's Exemption is denied. A separate order to that effect will be entered.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 20th day of October, 2010.

10 B 18088
In re: Donald F. and Denise L. Gedenk

## CERTIFICATE OF SERVICE

I, Dorothy Clay, certify that on October 20th, 2010, I caused to be served copies of the foregoing document to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Dorothy Clay*
Secretary/Deputy Clerk

### Electronic Service through CM/ECF System

David Hernandez
David Hernandez, Attorney at Law
17566 Windsor Pkwy
Tinley Park, IL 60487
Counsel for Debtors

Joseph A Baldi
Joseph Baldi & Associates
19 S Lasalle Street Suite 1500
Chicago, IL 60603
Trustee

### VIA FIRST CLASS MAIL

Donald F Gedenk
Denise L Gedenk
739 Forest Avenue
Oak Park, IL 60302